**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>STAPLES, INC.,<br><br>                Defendant. | Civil Action No:  2:13-cv-01016-JRG-RSP (LEAD CASE)<br><br>Civil Action No. 2:13-cv-1031-JRG-RSP (CONSOLIDATED)<br><br>JURY TRIAL REQUESTED |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Pi-Net and Victoria's Secret Direct Brand Management LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims or causes of action asserted in this suit are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims or counterclaims.

It is further ORDERED that each party shall bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to close the child case and terminate the dismissed party.

**SIGNED this 9th day of July, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE